**DEREK SMITH LAW GROUP, PLLC**
Mimi D. Nielsen, Esquire
Attorney I.D. No. 339275
1628 Pine Street
Philadelphia, Pennsylvania 19103
Tel: (215) 391-4790
E-Mail: mimi@dereksmithlaw.com
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JILL S. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION US LLC and<br>EVOLUTION NEW JERSEY LLC,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:26-cv-07743-KBH<br><br>Hon. Kelley B. Hodge |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

TO THE CLERK OF COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jill S. Johnson ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses the above-captioned action, in its entirety and as to all Defendants, Evolution US LLC and Evolution New Jersey LLC, without prejudice.

Neither Defendant has served an answer or a motion for summary judgment in this action. Accordingly, this Notice is effective upon filing and does not require an order of the Court. Each party shall bear its own attorneys' fees and costs.

Plaintiff respectfully requests that the Clerk of Court mark this matter as closed.

Dated: November 4, 2026

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

By: /s/ Mimi D. Nielsen
Mimi D. Nielsen, Esquire
Attorney I.D. No. 339275
1628 Pine Street
Philadelphia, Pennsylvania 19103
Tel: (215) 391-4790
E-Mail: mimi@dereksmithlaw.com

## CERTIFICATE OF SERVICE

I, Mimi D. Nielsen, Esquire, hereby certify that on November 4, 2026, I caused a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) to be filed electronically with the Clerk of Court using the CM/ECF system. Because no counsel has entered an appearance on behalf of either Defendant, I further caused a copy to be served by first-class United States mail, postage prepaid, upon the following:

Evolution US LLC
1500 Spring Garden Street, 4th Floor
Philadelphia, Pennsylvania 19130

Evolution New Jersey LLC
500 Boardwalk
Atlantic City, New Jersey 08401

/s/ *Mimi D. Nielsen*
Mimi D. Nielsen, Esquire